# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 2, 2002

Before

**Hon.** RICHARD D. CUDAHY, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** KENNETH F. RIPPLE, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,*<br><br>**No.** 00-1681        **v.**<br><br>MATTHEW R. LANGE,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 99-CR-174<br>J.P. Stadtmueller,<br>*Judge.* |

**Order**

The opinion of this court issued on November 26, 2002, is amended as follows:

Page 5, last line, change "$10_{23}$" to "$10^{23}$";

Page 6, line 6, change "$mc_2$" to "$mc^2$";

Page 6, first full paragraph, lines 15-16, delete "members."